1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant GONZALES
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,        )
11                                   )  No. CR 06-0513-WDB
                    Plaintiff,      )
12                                   )  STIPULATION AND ORDER
          v.                        )  CONTINUING HEARING DATE
13                                   )
   LISETTE GONZALES,                )  Date: October 24 2006
14                                   )  Time: 10:00 a.m.
                    Defendant.      )  Court: Hon. Wayne D. Brazil
15  _____ )         U.S. Magistrate Judge

16       This matter is currently scheduled for status hearing on Tuesday, October 24, 2006, at 10:00

17  a.m. Ms. Gonzales is scheduled to be at work that day and has been unable to secure her

18  employer's agreement to have the day off. In order to avoid jeopardizing Ms. Gonzales'

19  employment, and also to provide the parties a few additional days to explore possible resolution to

20  this matter, the parties jointly stipulate and request that the hearing in this matter be continued

21  three days to the new date of Friday, October 27, 2006, at 10:00 a.m.

22       The parties further stipulate and agreed that the period from October 24 through October 27,

23  2006, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(3)(A) and (8)(A) and

24  (B)(iv), due to the unavailability of the defendant and because the ends of justice served by this

25  ////

26

STIP AND ORD TO CONT HEARING           - 1 -

continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

Dated:        October 23 , 2006

                                      /s/
                              HILARY A. FOX
                              Attorney for Defendant GONZALES

SO STIPULATED.

Dated:        October 23 , 2006

                                      /s/
                              SHASHI KEWALRAMANI
                              Assistant United States Attorney

## ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby ORDERED that the hearing currently set for Tuesday, October 24, 2006, at 10:00 a.m. is continued to Friday, October 27, 2006, at 10:00 a.m. in the Federal Courthouse in Oakland, California.  The Court further finds that the period from October 24 through October 27, 2006, shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(3)(A) and (8)(A) and (B)(iv), due to the unavailability of the defendant and because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October  24 , 2006

                              WAYNE D. BRAZIL
                              United States Magistrate Judge